1  SEYFARTH SHAW LLP
   Kenwood C. Youmans (SBN 68258)
2  kyoumans@seyfarth.com
   David D. Kadue (SBN 113578)
3  dkadue@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California  90067-3021
   Telephone:  (310) 277-7200
5  Facsimile:  (310) 201-5219

6  SEYFARTH SHAW LLP
   Emily E. Schroeder (SBN 274257)
7  eschroeder@seyfarth.com
   333 South Hope Street, Suite 3900
8  Los Angeles, California  90071-1408
   Telephone:  (213) 270-9600
9  Facsimile:  (213) 270-9601

10 Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION

11

12               UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14 LORETTA APODACA, individually          ) Case No. CV12-5664 DSF (Ex)
   and on behalf of all others similarly  )
15 situated,                              ) **DECLARATION OF JONI**
                                          ) **HAMMER IN SUPPORT OF**
16               Plaintiffs,              ) **COSTCO WHOLESALE**
                                          ) **CORPORATION'S MOTION FOR**
17        v.                              ) **SUMMARY OR PARTIAL**
                                          ) **SUMMARY JUDGMENT**
18 COSTCO WHOLESALE                       )
   CORPORATION and DOE 1 through          ) **(Filed Concurrently with Notice of**
19 and including DOE 100,                 ) **Motion and Motion, Memorandum of**
                                          ) **Points and Authorities, Statement of**
20                                        ) **Uncontroverted Facts and**
                                          ) **Conclusions of Law, Request for**
21               Defendants.              ) **Judicial Notice, [Proposed] Judgment,**
                                          ) **and [Proposed] Order)**
22                                        )
                                          ) Date:   October 22, 2012
23                                        ) Time:  1:30 p.m.
                                          ) CtRm: 840
24                                        )
   _____       ) Complaint Filed:  May 17, 2012
25

26

27

28

## DECLARATION OF JONI HAMMER

I, Joni Hammer, declare as follows:

1.      I have been employed by Costco Wholesale Corporation since October 9, 1985 and have served Costco in the position of Warehouse Manager since August 8, 2005. I have been the Warehouse Manager for the Norwalk, California warehouse since October 4, 2010. As Warehouse Manager, I am the senior-most manager regularly on site at Norwalk and am responsible for implementing Costco's personnel policies and making all employment decisions with respect to the hundreds of Costco employees who work at the Norwalk warehouse. I have personal knowledge of the facts set forth in this declaration and could and would testify to them competently under oath if called as a witness to do so.

2.      Loretta Apodaca was a non-exempt bakery manager at the Norwalk, California warehouse when I became the General Manager there. I am the custodian of her personnel file. Costco's business records show that on March 8, 2007, she authorized payment of her wages via direct deposit into her bank account, and do not show that she ever revoked that authorization. (A true and correct copy of Apodaca's Direct Deposit Authorization Form is attached hereto as Exhibit A). In April 2012, Apodaca, who was then the bakery manager, changed employment positions and became a non-exempt Front End Assistant. On May 24, 2012, Apodaca's employment with Costco ended.

3.      Costco implemented an ePayroll system effective at the Norwalk warehouse in or about June 2011. The ePayroll system gives Costco employees the option to receive their itemized wage statements electronically. Prior to ePayroll, I and other Costco employees in the Norwalk warehouse received paper wage statements.

4.      Costco announced the new ePayroll system in the March 2011 issue of "Costco Today," a magazine for Costco employees. Copies of this magazine come to the Norwalk warehouse in bundles and are distributed to employees by making bundles of copies available for them in the employee break room. Page three of the March 2011 issue states that those employees who were receiving their pay electronically, via direct

1    deposit in their bank account, would soon be receiving their wage statements

2    electronically, unless they requested the warehouse payroll clerk to continue to receive

3    their wage statements in paper form.  This announcement also stated that employees

4    would be able to access electronic wage statements via telephone, Costcopaycheck.com,

5    and Costco's intranet.  (A true and correct copy of the March 2011 Costco Today article

6    entitled "Pay Stubs Go Paperless" is attached hereto as Exhibit B.)

7         5.    Throughout my time at the Norwalk warehouse, employees have had use of

8    the employee break room, with access to the breakroom computer terminal, from which

9    they can print documents for their use.  On that computer terminal, the March 2011

10    Costco Today remains available for employee viewing.

11         6.    In March 2011, Costco issued for the use of employees, including Norwalk

12    warehouse employees, a new Direct Deposit Enrollment Form by which employees could

13    choose to continue to receive a printed, paper wage statement.  (A true and correct copy

14    of the March 2011 Costco Direct Deposit Enrollment Form is attached hereto as Exhibit

15    C.)

16         7.    In May 2011, Costco's payroll department issued instructions, which went to

17    the Norwalk warehouse, on how to provide printed wage statements to employees who

18    requested them, starting with the June 9, 2011 payroll.  (A true and correct copy of the

19    May 12, 2011 email and the attached instructions are attached hereto as Exhibit D.)

20         8.    The Payroll Clerk at the Norwalk warehouse, Elayne Bastian, reports to me.

21    During various pay periods preceding when the ePayroll system went into effect, in mid-

22    2011, she stapled to each employee's wage statement a pamphlet describing the new

23    ePayroll system.  The pamphlet told employees that they would be able to access wage

24    statements online or by telephone and that they would be able to save or print their

25    electronic wage statements as needed. (A true and correct copy of the pamphlet that was

26    stapled to each employee's wage statement, titled "ePayroll, Paperless Pay Stubs," is

27    attached hereto as Exhibit E.)

28

9.     Employees at the Norwalk warehouse have been able to obtain wage statements printed for their use by contacting the payroll clerk or by printing their wage statements at work by using the employee break room computer.

10.     Costco's electronic wage statements for nonexempt employees at the Norwalk warehouse have listed regular hours worked, overtime hours worked, and doubletime hours worked, per pay period and year to date.  The electronic wage statements also have listed regular pay, overtime pay, and doubletime pay, per pay period and year to date.  (A true and correct copy of Loretta Apodaca's electronic wage statement from the March 14, 2011 to March 27, 2011 pay period is attached hereto as Exhibit F.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed in Norwalk, California on this 12th day of September, 2012.

_____
JONI HAMMER

14765548v.3

# EXHIBIT "A"

 **Direct Deposit Authorization Form** 

**Employee Name:** Loretta Apodaca   **Employee Number:** 414168
(Please Print)

I hereby authorize Costco Wholesale, Inc. to initiate credit entries and, if necessary, debit entries for any credit entries in error to my account(s) indicated below. This authority is to remain in full force and effect until Payroll has received written notification from me on its termination in such time and such manner as to afford them a reasonable time to act on it.

---

**Primary Account (Required) –** Select from the following:

☐ New Setup   ☐ Cancel Current Setup and Replace   ☒ No Change On Primary Account   ☐ Cancel

Bank Name: Vons Employees Federal Credit Union

☐ Savings Acct:   Is a **Savings Deposit Slip** attached? ☐ Yes (Required)
☐ Checking Acct:   Is a **Voided Check** attached? ☐ Yes (Required)

---

**Secondary Account (Optional) –** Select from the following:

☐ New Setup   ☒ Cancel Current Setup and Replace   ☐ No Change On Secondary Account   ☐ Cancel

Bank Name: Downey Savings

☐ Savings Acct:   Is a **Savings Deposit Slip** attached? ☐ Yes (Required)
☒ Checking Acct:   Is a **Voided Check** attached? ☐ Yes (Required)
☒ Amount   OR   ☐ Percentage (Select One):   600.00   Per Pay Period

---

**Secondary Account (Optional) –** Select from the following:

☐ New Setup   ☐ Cancel Current Setup and Replace   ☐ No Change On Secondary Account   ☐ Cancel

Bank Name: _____

☐ Savings Acct:   Is a **Savings Deposit Slip** attached? ☐ Yes (Required)
☐ Checking Acct:   Is a **Voided Check** attached? ☐ Yes (Required)
☐ Amount   OR   ☐ Percentage (Select One): _____   Per Pay Period

---

**Employee Signature:** _____   **Date:** 3/8/07

After you elect direct deposit, your accounts will be confirmed with the bank. You will receive a check for one pay cycle or until confirmation is received from your bank. At that time, your direct deposit will be in effect.

---

**FOR OFFICE USE ONLY**   PR12: Pre-Notify Status Must Be "A"   ☐ Pre-Note Status Verified

Entered By: _____   Date: _____

---

Form #PR48a 7/02          Original: employee file          Direct Deposit Authorization.dot

# EXHIBIT "B"

# Pay Stubs
## Go **Paperless**

ePayroll

Costco is in the process of implementing online pay stubs through a new system called ePayroll.

There will be four ways to access ePayroll, which is expected to go live in mid-March:

➤ **www.costco.com**
*Click the "Employee" link at the bottom of the page, and then click the ePayroll logo on the following page.*

➤ **www.costcopaycheck.com**
*This site takes you directly to ePayroll.*

➤ **www.costcobenefits.com**
*Click the ePayroll button.*

➤ **Call 1-800-809-EPAY (3729)**

Since this is a new process for the company, the Payroll department answered a few of your questions:

### Why are pay stubs moving online?
Currently, 99 percent of employees in the U.S. and Puerto Rico are paid electronically. Naturally, the next step is to provide your pay information in the same fashion. This is the No. 1 requested service that the Payroll department receives from employees.

Online pay stubs are eco-friendly. Approximately 50 trees worth of paper fiber will be saved every two weeks. In addition, Costco spends nearly $1 million each year to print, ship and deliver pay stubs, plus millions more on the labor required to distribute pay stubs.

### What's in it for me?
*Convenience* – Obtain your pay information anytime. You no longer need to go to your building to pick up your pay stub. You have the ability to print it wherever and whenever you want.

*Early access* – You won't have to wait until Friday to find out the amount of your paycheck. Online pay stubs will be available by Wednesday of the pay week.

*Increased security* – Fewer people will handle your earnings information.

*Historical data* – View, save and print current and past pay stubs.

*Accurate vacation/sick hours* – You will not have to wait two paychecks for sick and vacation time to be reflected. ePayroll will display balances as of the end of the last pay period.

*Goal raises* – Hourly employees will be able to see the hours remaining until their next pay raise.

*Details* – Receive more detailed descriptions and explanations of earnings and deductions, and view your direct deposit accounts and allocations online.

*Work verification* – If an outside agency needs to verify your employment, you can use your ePayroll login information to access The Work Number.

*Bilingual* – ePayroll is available in both English and Spanish.

MARCH 2011

### How will this affect me if I have Direct Deposit?
After a brief trial period, paper pay stubs will no longer be printed, and you will be able to view all of your information online. Your payroll clerk, however, also will have the ability to print your information if needed.

### What if I don't have Direct Deposit? Will I still receive a paper check?
You will still receive a paper check and pay stub. You can view your pay information online during the trial period, but if you choose to continue receiving a paper check once the trial period has ended, you will no longer have access to ePayroll.

### How can I access my pay stubs if I don't have a home computer?
You can access the ePayroll website through the eNet breakroom computer or at a public library.

### How will this affect W-2s during tax season?
For tax year 2010, traditional paper W-2 forms were distributed. In January of 2012, tax year 2011 W-2s will be accessible online for all employees with direct deposit. If you are not signed up for direct deposit, you will still receive a paper W-2 form and you will NOT have access to the online system.

Detailed information regarding the ePayroll system will be provided by your payroll clerk and will be accessible through the ePayroll website, the eNet breakroom computer and Costco's intranet payroll website.





# EXHIBIT "C"

# COSTCO WHOLESALE

## DIRECT DEPOSIT ENROLLMENT FORM

**HRIS**

| Name: | | Employee Number: |
| --- | --- | --- |

I want to: ☐ Enroll in Direct Deposit or Pay Card   ☐ Change My Information / Add New Accounts

## Option 1: Deposit to a Payroll Card

☐ **I would like to elect a PaychekPLUS! Elite® Visa® Payroll Card**

*By checking this box, you are agreeing to the acceptance agreement found at the bottom of this page. This option is only available for the Visa payroll card offered by Costco. The PaychekPLUS! Elite Visa Payroll Card is issued by MetaBank™ pursuant to a license from Visa U.S.A. Inc.*

Routing Number: | 0 | 7 | 3 | 9 | 7 | 2 | 1 | 8 | 1 |
*(Payroll Card Option Only)*

Card Account Number: | | | | | | | | | | | | | |
*(Enter the 13 digit number shown through the envelope window.)*

## Option 2: Deposit to a Bank Account

☐ **I have a bank account already. Here is the information to set me up.**

You can have 100% of your paycheck deposited into one account, or you can split it between multiple accounts (up to three). Only complete one of the options, not both. If you use Option 2, a default account must be set up. All remaining monies will go to that account.

| Name of Bank | Checking, Savings, or Pay Card | Transit Routing Number | Account Number | Deposit Percent -or- Dollars | | For Office Use Only ACH # |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ Checking ☐ Savings ☐ PaychekPLUS! Pay Card | | | 100 % | | Primary 0 |
| | ☐ Checking ☐ Savings ☐ Cancel ☐ PaychekPLUS! Pay Card | | | % | $ | Secondary 1 |
| | ☐ Checking ☐ Savings ☐ Cancel ☐ PaychekPLUS! Pay Card | | | % | $ | Secondary 2 |

**Attach a voided check to this form**

All forms must be accompanied by a voided check for each separate account. Verify with the ACH representative at your banking institution to ensure the data provided is accurate prior to submission.

A letter from the bank with Transit Routing and Account # must be attached for Savings Accounts.

**Incomplete forms cannot be processed.**

VOID

**Consent to Payroll Card:** I authorize Costco Wholesale (Costco) to deposit my wages each payday directly into my payroll card account. I hereby designate MetaBank as my financial institution to accept the direct deposit of my wages from my employer into an account. I choose to receive a payroll card in my name issued by MetaBank for the purpose of accessing my wages from my payroll card account. I acknowledge that third parties other than MetaBank may impose fees and charges in connection with the use of the Payroll Card; however, I understand that I may choose one of several transactions each pay period, which are outlined in the Cardholder Terms and Conditions, by which I can withdraw my entire net pay without the payment of a fee. I declare the forgoing to be true and complete to the best of my knowledge. This authority remains in effect until I have given written notice to the Costco Payroll Department, that I want it terminated. If funds to which I am not entitled are deposited into my card account, I authorize Costco to direct MetaBank to return said funds. I also understand that it is my responsibility to verify deposits prior to any transactions against the card balance.

**Consent to Bank Account:** This authority will remain in effect until written notification to cancel is received from the employee. Costco will delete direct deposit data and notify the location Payroll Clerk via email when notified by my banking institution that account or transit numbers are incorrect or have been changed. In the event that funds are transmitted in error to my account, I authorize Costco to reverse the deposit of such funds from my account. I understand that if a reversal of funds is necessary, I will be notified by Costco. I understand that I must notify my payroll clerk of a closed or changed account by the end of business the Sunday BEFORE pay day. In the event that Costco is notified that monies have been returned, I understand it may take up to 2 business days for those monies to be refunded to me.

**Electronic Pay Statement Acknowledgement:** By electing electronic pay, I am authorizing Costco to provide my pay statements electronically. I have voluntarily elected this option and understand that I may cancel this arrangement at any time by contacting my payroll clerk. Electronic pay statements are viewable and printable from Costco's ePayroll website.

Employee Signature: _____   Date: _____

| OFFICE USE ONLY | | |
| --- | --- | --- |
| Completed by _____ Date _____ | Audited by _____ Date _____ | |

*Form#PR48a_Direct_Deposit_Enrollment_Form.doc*
*Payroll Operations & Training*                 *Original Employee File*

Revised  March
Side 1

# EXHIBIT "D"

| From: | Payroll Support |
| --- | --- |
| | </o=pricecostco/ou=issaquah/cn=recipients/cn=payroll support> |
| To: | Kathy Kearney |
| | </o=pricecostco/ou=issaquah/cn=recipients/cn=kkearne> |
| Cc: | |
| Bcc: | |
| Subject: | Weekly Payroll Update |
| Date: | Thu May 12 2011 12:08:06 PDT |
| Attachments: | ePayroll Job Aid - WebMgr.pdf |
| | OLEAttach_36709_002 |

Updates

The May 27th pay date will be the last pay day for printed pay stubs from Central.  Please ensure all pay advices are distributed on each of the next 2 pay dates, 5/13 and 5/27.  There will be lots of valuable ePayroll information affixed to the receipt that will be a big help to the employees.

For those employees who want to continue receiving printed pay stubs and do not want to utilize the ePayroll website, payroll clerks will need to print the stubs at the location beginning with the June 10th pay date.  The attached job aid gives instructions on how to print stubs for multiple employees at one time.  Of course it's best for the employees to enroll in ePayroll but when or if a pay stub is needed, this will lead you through the process.

Personnel Actions

As you are probably aware, an employee's action history is a vital part of the record keeping in the payroll system.  We know the challenge the payroll clerks face in obtaining employee information in a timely manner, which may require special intervention by Corporate to ensure all employee events are chronologically in order.  Please contact Payroll Support before keying a PA with a  current date if it does indeed have an older effective date.  We are glad to team with you when these unusual circumstances arise.

Supplemental Term Codes

These codes are vital to the unemployment claims process so for all probationary terminations, managers should select up to 3 supplemental codes that apply to support the probationary termination.

TPRB400Probationary Term -- Involuntary Termination
TAXXUsed only asProbationary Term -- Attendance Unsatisfactory
OtherTAX1supplemental codesProbationary Term -- Work Performance Unsatisfactory
TerminationsTAX2with main reasonProbationary Term -- Punctuality/Attendance Unsatisfactory
TAX3TPRBProbationary Term -- Member Service Unsatisfactory

Staffing Change

Our Payroll Training Coordinator, Diana Thornton, has been participating in the development of our new WorkForce timekeeping project and as such is not available in Support on a regular basis.  As she transitions into more responsibility in that area and other projects, we ask that all calls and email inquiries be submitted directly to the Payroll Support team.  As always you may contact the department supervisor Stacy Dalrymple or manager Sherry Bradley in emergencies or if you have special needs to discuss.

 

This document will assist location Web Managers (e.g. payroll clerks and administration managers) in using the ePayroll website.

# WEB MANAGER MENU

After logging in, click the  button to see all the available web manager options. There are two main options within the web manager menu: **Employee Management** where you can search for one individual employee or create a group of employees, and **Exception Printing** where you are able to print pay stubs for multiple employees using the group you created.



# EMPLOYEE MANAGEMENT

There are two features within this option:



- ❏ Employee Search – Use this option to find one individual. You can search for the employee by Number or Name. Once found, you can perform any of the options listed below.
    - ○ Act As Employee – view their profile from their perspective
    - ○ Reset PIN – if employee gets locked out for entering the wrong pin number multiple times, you can reset it using this option.
    - ○ Pay Stubs – quickly view or print multiple stubs for one employee

- ❏ Employee Groups
    - ○ Add New Employee Group – Use this option to add a new group of employees who want to continue receiving a printed pay stub.
    - ○ View/Edit Employee Groups – Use this option to modify the group of employees who want to continue receiving a printed pay stub.

 **ePayroll WebMgr Job Aid**

## Add a New Employee Group

Use the steps below to create the group of employees at your location that want to continue receiving a printed pay stub every pay day.

1. Enter a group name
   (e.g. "#375 Print Group")

2. Search for an employee

3. Check the box next to the name of the employee

4. Click the [+ Add] button

5. Repeat steps 2- 4 for each employee

6. Click [Save]

---

Group Name: #375 Print Group

Search: Last Name  reyes

[Reset] [Search]

| | Employee Number | Last Name | First Name |
|---|---|---|---|
| ☐ Added | 170746 | REYES | CARL A |
| ☐ | 675846 | REYES | JOHNNY F |

Showing 1 - 2 of 2

[+ Add]

| Employee Number | Last Name | First Name | Remove |
|---|---|---|---|
| 141722 | GARCIA | BETTY F | X |
| 170746 | REYES | CARL A | X |

[Cancel] [Save]

---

## EXCEPTION PRINTING



Exception Printing.

There are two features within this option:

1. Create PayStubs PDFs – Use this option to request pay stubs for a group of employees to be in one PDF file.

2. View PayStubs PDFs – Use this option to view and print the PDF.

---

## Create PayStub PDFs

Each pay week, the payroll clerk needs to print the pay stubs for those employees that want a printed copy and do not want to use the ePayroll website. To do this, follow the steps below:

1. Click Exception Printing > Create Paystub PDFs

2. Using the drop down menus, complete the fields below:
   - ○ Group – Select from the groups you created in Add New Employee Group
   - ○ PayStub Date(s) – Most Recent PayStub
   - ○ File Name – Type a file name of your choosing
   - ○ Create PDF Password – The password must be a minimum of 4 alphanumeric characters

3. Click the [Create PayStub PDF] button

---

Group: #375 Print Group

PayStub Date(s): Most Recent PayStub

File Name: 4-29 Printed PayStubs

Create PDF Password: ●●●●●●    what's this?
Minimum of 4 alphanumeric characters

[Create PayStub PDF]

---

 **WEBMGR JOB AID**

## View PayStub PDFs

After Processing and Zipping the PDF file, the View PayStub PDF screen will appear.  To print the paystubs, follow the steps below:

1. Click the Download button next to the file name you created



**View PayStub PDF**

Your PayStub PDFs will be available for 16 days or you can remove a PDF from the list by clicking Delete.

✓ Your PDF has been generated.

| Recipient ID | Recipient Date | File Name | Download | Delete |
|---|---|---|---|---|
| 12528294 | 5/9/2011 12:44:45 PM | April 29th Printed PayStubs.zip | | ✗ |

2. When asked whether you want to Open or Save the file, click Open.



3. When the file opens in another window, double click the red PDF file.



4. Enter the password you created in the Create PayStub PDF screen.

5. Click Open.

6. Once the PDF file opens, click the Print icon and select the desired printer.

7. Close the file window and delete ✗ the file in the View PayStub PDF after printing is complete.

 

**DETAIL FOR OTHER OPTIONS**

### Act As

1. Click on ▓▓▓▓▓▓▓
2. Using the Search, find the employee you need.
3. Click ▓▓▓▓▓.
   *A "You are currently acting as (employee name)" message will appear at the top of the page; and you will now be acting as the selected employee.*
4. Click the drop down next to the last pay stub date to select a pay period.
5. Click the ⟨Print PayStub⟩ button
6. The pay stub will appear in an Adobe window. Click Print ⊡ button.



### Alerts

1. Click the Alerts & Settings button to set up alerts for either pay stub loads or pin changes.
2. Click Edit Email
   a. To set up an email account enter your email address.
   b. To set up text messages, enter your 10-digit phone number with your provider's address after.
   *Example:* An employee with Verizon as their provider and their the phone number is (555)123-4444 would enter 5551234444@vtext.com.

Use the chart below to help your employees find their cell phone provider's text address.

| | |
|---|---|
| Alltel | @message.alltel.com |
| AT&T | @txt.att.net |
| Boost Mobile | @myboostmobile.com |
| Cricket Wireless | @sms.mycricket.com |
| Nextel | @messaging.nextel.com |
| Sprint | @messaging.sprintpcs.com |
| T-Mobile | @tmomail.net |
| Verizon | @vtext.com |
| Virgin Mobile USA | @vmobl.com |

# EXHIBIT "E"



**CONVENIENT**
**EASY**
**GREEN**

# PAPERLESS PAY STUBS

## Access your pay stubs through ePayroll.

The ePayroll website provides Costco employees secure access, by computer or telephone, to their biweekly pay stubs.

Electronic stubs show all of the same information as paper stubs with even more details on earnings and deductions. And, you can save or print electronic pay stubs as needed.

## Why electronic pay stubs?

In addition to convenience, electronic stubs save the company millions of dollars each year in printing, shipping and distribution costs. Eliminating paper check stubs saves approximately 50 trees every two weeks.

PUNCH OUT  THIS CARD • CARRY IT IN YOUR WALLET

## GOOD TO KNOW

» To add ePayroll to your favorites, go to the ePayroll Home Page and click "Add this page to your favorites."

» If prompted for an employer code, the Costco code is 10203.

» To avoid re-logging in during your session, follow the menu prompts in ePayroll, and do not use your browser's Back button.

» For instant privacy, press the Hide Screen button to quickly minimize your screen. Press the Show Screen button to display your information.

### NEED HELP?
Contact your Payroll Clerk.







Copyright © 2... TALX Corporation. All rights reserved.

# EXHIBIT "F"

Paperless Pay - PayStubs                                    https://paperlesspay.talx.com/PayStub/PayStub.ss|

Paperless Pay | My Other Sites   My Other Solutions        NCR 00063        LORETTA APODACA | My Account | Log Out

# COSTCO WHOLESALE

Main Menu        PayStubs        Timecards        More

North and Settings | Help | May 01, 2012
English  Español  Français

## PayStubs

Pay History    PayStub Details    PayStub Comparison

Print

Pay Date: 04/01/2011 - Bi-weekly

Costco Wholesale Corporation
999 LAKE DRIVE
ISSAQUAH, WA 98027-8990
(425)313-8100

LORETTA APODACA

, CA

| Employee Number | 414188 | Period Begin Date | 03/14/2011 |
| Loc/Dept. | 00410-082 | Period End Date | 03/27/2011 |
| Job Title | MGR-BAKERY - NON-EXEMPT | Pay Advice # | 278149-12 |
| | | Pay Frequency | Bi-weekly |

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional $ Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Married | 3 | 25.00 | Loc 1: |
| Primary State | CA | Married | 3 | 25.00 | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

Message

Pre-tax deductions are now listed separately from after-tax beginning with the July 22nd paystub, pre-tax deductions will be in a new section and the "Summary" table will have a new column entitled "Taxable Wages." Paystubs prior to July 22nd will NOT have these enhancements, meaning all deductions will all be combined in the "After-Tax Deductions" section.

| Earnings | | | Hours | Hours YTD | Dollars | Dollars YTD |
|---|---|---|---|---|---|---|
| REGULAR PAY | | | 64.00 | 481.07 | $1,717.52 | $12,808.83 |
| OVER-TIME | | | 20.85 | 101.76 | $860.28 | $4,238.94 |
| FLOATING HOLIDAY - SALARIED EMPLOYEE | | | 8.00 | 32.00 | $222.19 | $888.76 |
| VACATION PAY/NON-EXEMPT SALARIED VACATION OR FLOAT OVERTIME | | | 1.00 | 48.00 | $41.66 | $1,232.04 |
| HOLIDAY PAY - OBSERVED | | | | 24.00 | $0.00 | $888.57 |
| DOUBLETIME | | | | 0.13 | $0.00 | $7.22 |
| Total Earnings : | | | 93.85 | 682.99 | $2,841.65 | $19,822.36 |
| Pre-Tax Deductions | | | | | Dollars | Dollars YTD |
| Total Pre-Tax Deductions | | | | | $0.00 | $0.00 |
| Taxes | | | | | Dollars | Dollars YTD |
| MEDICARE - EMPLOYEE | | | | | $40.65 | $279.13 |
| FICA - EMPLOYEE | | | | | $2918.34 | $880.88 |
| STATE WITHHOLDING | | | | | $88.81 | $630.57 |
| STATE DISABILITY | | | | | $83.88 | $230.40 |
| FEDERAL WITHHOLDING | | | | | $279.32 | $1,840.98 |
| Total Taxes : | | | | | $662.20 | $3,763.21 |
| After-Tax Deductions | | | | | Dollars | Dollars YTD |
| 401K | | | | | $308.12 | $1,274.10 |
| 6343 | | | | | $30.09 | $137.00 |
| 6339 | | | | | $75.00 | $518.00 |
| EMPLOYEE FUND | | | | | $3.00 | $21.00 |
| Total After-Tax Deductions | | | | | $301.42 | $1,347.10 |
| Net Pay | | | | | Dollars | Dollars YTD |
| Total Net Pay : | | | | | $1,848.43 | $14,117.45 |

| Other Benefits & Information | | | | | Dollars | Dollars YTD |
|---|---|---|---|---|---|---|
| TAXLIFE | | | | | 10.60 | 76.60 |

| Leave Balance Summary | | | | |
|---|---|---|---|---|
| Vacation/Total Hours | Beginning Balance | Current Pay Period Activity | Ending Balance |
| FLOATING | 24.00 | 8.00 | 16.00 |
| VACATION | 189.00 | 0.00 | 189.00 |

1 of 2

Paperless Pay - PayStubs                                          https://paperlesspay.talx.com/PayStub/PayStub.asp

| Summary | Earnings | Less Taxes | Less Deds | Equals Net Pay |
|---------|----------|------------|-----------|----------------|
| This Period | $2,901.96 | $562.00 | $391.12 | $3,948.59 |
| YTD | $19,827.64 | $3,762.31 | $1,947.10 | $14,117.56 |

Pay Distribution List

| Description | Type | Amount | Account # | Bank |
|-------------|------|--------|-----------|------|
| Account <...7042> | Checking or Money Market | $2,948.53 | <...7042> | U.S. Bank National Association |

[ Next Pay Stub  > ]

Copyright © 2010 TALX Corporation. All rights reserved.          Print Screen          Privacy Policy  |  Terms and Conditions

5/1/2012 12:05 AM