**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA APODACA, | Case No. CV12-5664 DSF (Ex) |
| Plaintiff, | **JUDGMENT IN FAVOR OF COSTCO WHOLESALE CORPORATION** |
| v. | |
| COSTCO WHOLESALE, | |
| Defendant. | |

It is **ORDERED** that judgment be entered in favor of Defendant Costco Wholesale Corporation on all claims asserted by Plaintiff Loretta Apodaca. Plaintiff Loretta Apodaca's complaint and all claims are dismissed in their entirety with prejudice. Defendant Costco Wholesale Corporation is entitled to its costs pursuant to 28 U.S.C. § 1920 and may file a bill of costs pursuant to Central District Local Rule 54.

**IT IS SO ORDERED.**

Dated: 6/11/14

　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge

17405375v.1